# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| IPR SOUTHEAST LLC, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:21-cv-2043-SHL-cgc |
| ) | |
| CITY OF MEMPHIS, ) | |
|     Defendant. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed January 19, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal Without Prejudice (ECF No. 8) filed January 29, 2021, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this matter are hereby **DISMISSED WITHOUT PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

February 1, 2021
Date